# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DOYE L. HEARD,
a/k/a DOYLE L. HEARD,

    Plaintiff,

v.                          CASE NO. 4:19cv17-RH-CJK

PUBLIX SUPERMARKETS, INC. et al.,

    Defendants.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF No. 4. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. Cases No. 1D17-4941 and 1D17-3935 are remanded to the Florida First District Court of Appeal. The clerk must take all steps necessary to effect the remand and must close the file.

SO ORDERED on February 25, 2019.

                                    s/Robert L. Hinkle
                                    United States District Judge